**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **CHANTHILA SOUVANNARATH** **#A025-351-576** | **CASE NO. 1:25-CV-01058 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **S RICE** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## MEMORANDUM ORDER

The application to proceed *in forma pauperis* having been considered, it is the opinion of the Court that petitioner has sufficient funds to pay the filing fee. Therefore, *in forma pauperis* status is DENIED.

IT IS ORDERED that petitioner pay the $5.00 filing fee within 30 days. Failure to do so will result in the petition being stricken.

THUS DONE in Chambers on this ___13th___ day of ___August___, 2025.

Joseph H. L. Perez-Montes
United States Magistrate Judge