a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHANTHILA SOUVANNARATH #A025-351-576, Petitioner | CIVIL DOCKET NO. 1:25-CV-01058 SEC P |
| VERSUS | JUDGE EDWARDS |
| S RICE, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## ORDER

Pro se Petitioner Chanthila Souvannarath ("Souvannarath") filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 seeking release from immigration detention. ECF No. 1.

Souvannarath was ordered to pay the $5.00 filing fee by September 13, 2025. ECF No. 6. He was cautioned that the failure to comply would result in the Petition being stricken. *Id.*

To date, Souvannarath has failed to comply with the Order or request an extension of time within which to do so.

Accordingly, IT IS HEREBY ORDERED that the Petition (ECF No. 1) is STRICKEN from the record.

SIGNED on Monday, October 20, 2025.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

1